IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:09cr64-MHT |
| **JEFFREY LAMAR** | ) | (WO) |

**OPINION**

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed, defendant Jeffrey Lamar's motions for retroactive application of Sentencing Guidelines to crack cocaine offense (doc. nos. 75 & 76) granted, and the sentence for defendant Lamar reduced. An appropriate judgment will be entered.

DONE, this the 19th day of November, 2012.

　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**